IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Interface IP Holdings LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-cv-1498-LPS |
| E*TRADE Financial Corporation, | ) |
| Defendant. | ) **DEMAND FOR JURY TRIAL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties have reached a settlement including an agreement to dismiss this action with prejudice, each side bearing its own costs and fees;

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii), the parties may dismiss an action without Court order via a stipulation of dismissal signed by all parties who have appeared;

NOW THEREFORE, the above-named parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that Interface IP Holdings LLC's action against E*TRADE Financial Corporation is hereby dismissed with prejudice, with each side to bear its own costs and fees.

| | |
|---|---|
| Dated: February 4, 2013 | Respectfully submitted, |
| FARNAN LLP | REED SMITH LLP |
| /s/ *Brian E. Farnan* | /s/ *Brian M. Rostocki* |
| Brian E. Farnan (Bar No. 4089) | Brian M. Rostocki (Bar No. 4599) |
| 919 North Market Street | 1201 Market Street, Suite 1500 |
| 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 778-7500 |
| (302) 777-0300 | BRostocki@ReedSmith.com |
| bfarnan@farnanlaw.com | |
| | James T. Hultquist |
| Bradford J. Black (admitted pro hac vice) | REED SMITH LLP |
| Peter H. Chang (admitted pro hac vice) | 10 South Wacker Drive |
| Andrew G. Hamill (admitted pro hac vice) | Chicago, IL 60606-7507 |
| BLACK CHANG & HAMILL LLP | Telephone: (312) 207-1000 |
| 4 Embarcadero, Suite 1400 | JHultquist@ReedSmith.com |
| San Francisco, CA 94111 | |
| bblack@bchllp.com | *Counsel for Defendant* |
| pchang@bchllp.com | *E*TRADE Financial Corporation* |
| ahamill@bchllp.com | |
| *Counsel for Plaintiff Interface IP Holdings LLC* | |